1  Arturo E. Matthews, Esq. (State Bar No. 145232)
   Matthews Law Firm, Inc.
2  2522 Chambers Road, Suite 100
   Tustin, California  92780
3  Phone:       (714) 647-7110
   Fax:         (714) 647-5558
4  Email: aem@matthewsfirm.net

5  Attorney for Petitioner
   MBA COMMUNITY LOANS PLC
6

```
FILED
CLERK, U.S. DISTRICT COURT

6/5/2020

CENTRAL DISTRICT OF CALIFORNIA
BY:       WH        DEPUTY
```

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | MBA COMMUNITY LOANS PLC, an         | Case No.  2:19-CV-10945 PSG (JEMx)
12 | Irish public limited liability company, |
   |                                      |
13 |              Petitioner,             | [~~PROPOSED~~] JUDGMENT
   |                                      | CONFIRMING FOREIGN
14 |                                      | ARBITRAL AWARD
   |       vs.                            |
15 |                                      |
   |                                      | [9 U.S.C. § 207]
16 | AMANDA VAN ANNAN, an                 |
   | individual,                          |
17 |                                      | Date:       May 18, 2020
   |              Defendants.             | Time:       1:30 p.m.
18 |                                      | Courtroom:  6A

19

20

21

22      The Court, upon consideration of the papers in support of, and in opposition

23 to, all pleadings and evidence on file pertaining to the Petition to Confirm Foreign

24 Arbitral Award issued in the Arbitration Matter between MBA Community Loans

25 PLC, an Irish public limited liability company, as Petitioner, and Amanda Van

26 Annan, as Respondent, London Court of International Arbitration, LCIA Case

27 No.183992, including the Final Foreign Arbitration Award issued by the Arbitrator

28

on March 15, 2019 (the "London Award"), and for good cause shown, orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, DECREED THAT: 1. In conformity with the terms of the London Award, and in accordance with the New York Convention of 1958, on the Recognition and Enforcement of Foreign Arbitral Awards, and 9 U.S.C. §201, et seq., and having found, pursuant to 9 U.S.C §207, that none of the grounds for refusal or deferral of recognition of the award exist, the Court hereby confirms the London Award dated March 15, 2019, and enters Judgment as follows:

Amanda Van Annan is ordered to pay to MBA Community Loans PLC the amount of: (1) $62,706.61, representing principal and pre-Award interest due from Respondent to Petitioner; (b) daily interest of $16.29 from the date of the Award (March 15, 2019) until the date of actual payment; (c) attorneys' fees and costs through the date of the Award of $21,872.98; and (d) costs of suit, including reasonable attorneys' fees, incurred in enforcing the Award.

IT IS SO ORDERED AND ADJUDGED.

Dated: 6/4/2020

_____
The Honorable Philip S. Gutierrez,
United States District Judge